

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00381-CV

| | | |
|---|---|---|
| GREGORY WAYNE COON, Appellant | § | On Appeal from the 233rd District Court |
| | § | of Tarrant County (233-694810-21) |
| V. | § | October 13, 2022 |
| VICTORIA JACOBS COON (THOMAS), Appellee | § | Memorandum Opinion by Justice Womack |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dana Womack
Justice Dana Womack